SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>Larry Cao, DDS, Inc., et al,<br><br>    Defendants | Case No. **2:09-cv-01211-GEB-KJM**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: August 10, 2009<br>Time: 9:00am<br>Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from August 10, 2009 to September 21, 2009. Plaintiff granted the Defendants an extension until August 17, 2009 to respond to the complaint. A continuance to September 21, 2009 for the status conference will give the Defendants ample time to answer Plaintiff's complaint and

for Plaintiff and Defendants to engage in settlement discussions.

Dated:  July 21, 2009          /s/Scott N. Johnson ____

                               Scott N. Johnson,

                               Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to September 21. 2009.

8/4/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-09-cv-01211-GEB-KJM - 2