IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LARRY CAO DDS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | 2:09-cv-01211-GEB-KJM <br><br> <u>ORDER RE: SETTLEMENT</u> <br> <u>AND DISPOSITION</u> |

        On August 17, 2009, Plaintiff filed a Notice of Settlement in which he states the parties have settled this action, and that a dispositional document will be filed within 30 days. Therefore, a dispositional document shall be filed on or before September 18, 2009. Failure to respond by this deadline may be construed consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for September 21, 2009, is continued to commence at 9:00 a.m. on October 19, 2009, in the event that no dispositional document is filed, or if this action is not

1

otherwise dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

　　　　IT IS SO ORDERED.

Dated:  August 18, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2